**FORM 9**  (Rev. 11/93)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 09-34961 |
| | : | |
| SALE, STEVEN E. | : | Chapter 7 |
| SALE, JENNIFER J. | : | |
| | : | JUDGE LAWRENCE S. WALTER |
| DEBTOR(S) | : | |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $7.56 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Chase Bank USA, N.A. | 6 | $3.51 |
| Recovery Mgt. Syst. Corp. | 9 | $2.13 |
| HSBC Bank Nevada, N.A. | 17 | $1.92 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $7.56 | $_____ |

Dated: November 3, 2010

/s/David L. Mikel
David L. Mikel
Case Trustee
210 W. Main St.
Troy OH 45373
Tel No. (937) 339-0511

cc: U.S. Trustee